EXHIBIT A

Int. Cls.: **16, 21, 28 and 41**

Prior U.S. Cls.: **2, 5, 13, 22, 23, 29, 30, 33, 37, 38, 40, 50, 100, 101 and 107**

**United States Patent and Trademark Office**

Reg. No. **3,065,107**
Registered Mar. 7, 2006

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

# BULLDOGS

UNIVERSITY OF GEORGIA ATHLETIC ASSOCIATION, INC. (GEORGIA NON-PROFIT CORPORATION)
BUTTS/MEHRE HERITAGE HALL
1 SELIG CIRCLE
ATHENS, GA 30602

FOR: PRINTED BOOKLETS, NEWSLETTERS, CATALOGS, AND BROCHURES FEATURING INFORMATION OF INTEREST TO STUDENTS, FACULTY, AND ALUMNI OF THE UNIVERSITY OF GEORGIA; DECALS; NOTE PAPER; NOTEBOOKS; AND PAPER FOLDERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 12-31-1967; IN COMMERCE 12-31-1967.

FOR: BEVERAGE GLASSWARE, EARTHENWARE, AND PLASTICWARE, NAMELY DRINKING GLASSES, MUGS, COFFEE CUPS AND SHOT GLASSES, COASTERS, AND INSULATED BEVERAGE COOLERS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 12-31-1967; IN COMMERCE 12-31-1967.

FOR: TOYS, GAMES, AND SPORTING GOODS, NAMELY, STUFFED TOY ANIMALS, FOOTBALLS, BASKETBALLS, SOCCER BALLS, BASEBALLS, AND CHRISTMAS TREE ORNAMENTS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-31-1967; IN COMMERCE 12-31-1967.

FOR: EDUCATION SERVICES, NAMELY PROVIDING INSTRUCTION AT THE COLLEGE LEVEL, AND ENTERTAINMENT SERVICES, NAMELY ORGANIZING AND CONDUCTING COLLEGIATE SPORTING EVENTS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 12-31-1929; IN COMMERCE 12-31-1929.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,237,895.

SER. NO. 78-409,080, FILED 4-27-2004.

PATRICIA EVANKO, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,237,895
Registered Apr. 13, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## BULLDOGS

UNIVERSITY OF GEORGIA ATHLETIC ASSOCIATION, INC. (GEORGIA CORPORATION)
1 SELIG CIRCLE
ATHENS, GA 30602

FOR: CLOTHING, NAMELY BOXER SHORTS, CAPS, COATS, FOOTWEAR, HATS, INFANTWEAR, JACKETS, JERSEYS, PANTS, RAINWEAR, SHIRTS, SHOES, SHORTS, SWEATPANTS, SWEAT SHIRTS, SWEAT SUITS, SWEATERS, T-SHIRTS, TIES AND VISORS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1967; IN COMMERCE 0-0-1967.

SER. NO. 75-004,818, FILED 10-12-1995.

DAVID C. REIHNER, EXAMINING ATTORNEY

Int. Cls.: **16, 21, 25 and 28**

Prior U.S. Cls.: **2, 5, 13, 22, 23, 29, 30, 33, 37, 38, 39, 40 and 50**

**United States Patent and Trademark Office**

Reg. No. **3,075,673**
Registered Apr. 4, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# DAWGS

UNIVERSITY OF GEORGIA ATHLETIC ASSOCIATION, INC. (GEORGIA NON-PROFIT CORPORATION)
BUTTS/MEHRE HERITAGE HALL
1 SELIG CIRCLE
ATHENS, GA 30602

FOR: DECALS, NOTEPAPER, NOTEBOOKS, PAPER FOLDERS; PRINTED BOOKLETS, CATALOGS, NEWSLETTERS, AND BROCHURES ALL FEATURING COLLEGE FOOTBALL, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 12-31-1976; IN COMMERCE 12-31-1976.

FOR: BEVERAGE GLASSWARE, EARTHENWARE, AND PLASTICWARE, NAMELY DRINKING GLASSES, MUGS, COFFEE CUPS AND SHOT GLASSES, COASTERS, AND INSULATED BEVERAGE COOLERS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 12-31-1976; IN COMMERCE 12-31-1976.

FOR: CLOTHING, NAMELY BOXER SHORTS, CAPS, COATS, FOOTWEAR, HATS, INFANT WEAR, JACKETS, JERSEYS, PANTS, RAINWEAR, SHIRTS, SHOES, SHORTS, SWEATPANTS, SWEATSHIRTS, SWEAT SUITS, SWEATERS, T-SHIRTS, TIES, AND VISORS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-31-1976; IN COMMERCE 12-31-1976.

FOR: TOYS, GAMES, AND SPORTING GOODS, NAMELY BOARD GAMES, STUFFED TOY ANIMALS, FOOTBALLS, BASKETBALLS, SOCCER BALLS, BASEBALLS, GOLF BALLS, GOLF BAGS, AND GOLF ACCESSORIES, NAMELY GOLF CLUB COVERS, GOLF CLUB HEAD COVERS, DIVOT REPAIR TOOLS, GOLF ACCESSORY POUCHES, GOLF BAG COVERS, GOLF BAG TAGS, GOLF BALL MARKERS, GOLF BALL RETRIEVERS, GOLF BALL SLEEVES, GOLF CLUB GRIPS, GOLF CLUB HEADS, GOLF CLUB INSERTS, GOLF CLUB SHAFTS, GOLF GLOVES, GOLF PUTTER COVERS, GOLF PUTTERS, GOLF TEE MARKERS, GOLF TEES, AND GOLF TOWEL CLIPS FOR ATTACHMENT TO GOLF BAGS; AND CHRISTMAS TREE ORNAMENTS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-31-1976; IN COMMERCE 12-31-1976.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 1,945,116.

SER. NO. 78-409,055, FILED 4-27-2004.

ERNEST SHOSHO, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,105,938
Registered June 20, 2006

## TRADEMARK
### PRINCIPAL REGISTER



UNIVERSITY OF GEORGIA ATHLETIC ASSO-CIATION, INC. (GEORGIA NON-PROFIT CORPORATION)
BUTTS/MEHRE HERITAGE HALL 1 SELIG CIRCLE
ATHENS, GA 30602

FOR: CLOTHING, NAMELY BOXER SHORTS, CAPS, COATS, FOOTWEAR, HATS, JACKETS, JERSEYS, PANTS, RAINWEAR, SHIRTS, SHOES, SOCKS, SHORTS, SWEAT PANTS, SWEATSHIRTS, SWEAT SUITS, SWEATERS, T-SHIRTS, TIES, VISORS, AND INFANT WEAR IN THE NATURE OF SHIRTS, PANTS, SHORTS, CLOTH BIBS, SOCKS, AND PAJAMAS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-31-1963; IN COMMERCE 12-31-1963.

OWNER OF U.S. REG. NO. 1,276,534.

THE COLOR(S) RED IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE COLOR RED APPEARS ON THE SHIRT OF THE DOG.

THE MARK CONSISTS OF A REALISTIC BULLDOG WEARING A JERSEY SHIRT WITH A "G" ON IT.

SER. NO. 78-410,498, FILED 4-29-2004.

WON TEAK OH, EXAMINING ATTORNEY

Int. Cls.: **16, 25, 28 and 41**

Prior U.S. Cls.: **2, 5, 22, 23, 29, 37, 38, 39, 50, 100, 101 and 107**

United States Patent and Trademark Office

Reg. No. 3,040,390
Registered Jan. 10, 2006

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



UNIVERSITY OF GEORGIA ATHLETIC ASSOCIATION (GEORGIA NON-PROFIT CORPORATION)
BUTTS/MEHRE HERITAGE HALL
1 SELIG CIRCLE
ATHENS, GA 30602

FOR: PRINTED BOOKLETS, NEWSLETTERS, CATALOGS, AND BROCHURES FEATURING INFORMATION OF INTEREST TO STUDENTS, FACULTY, AND ALUMNI OF THE UNIVERSITY OF GEORGIA; DECALS; TEMPORARY TATTOOS; NOTE PAPER; NOTEBOOKS; DECORATIVE PAPER FLAGS; PAPER BANNERS; AND PAPER FOLDERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 12-31-1994; IN COMMERCE 12-31-1994.

FOR: CLOTHING, NAMELY BOXER SHORTS, CAPS, COATS, FOOTWEAR, HATS, JACKETS, JERSEYS, PANTS, RAINWEAR, SHIRTS, SHOES, SOCKS, SHORTS, SWEATPANTS, SWEATSHIRTS, SWEAT SUITS, SWEATERS, T-SHIRTS, TIES, VISORS, AND INFANT WEAR IN THE NATURE OF SHIRTS, PANTS, SHORTS, CLOTH BIBS, SOCKS, AND PAJAMAS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-31-1994; IN COMMERCE 12-31-1994.

FOR: TOYS, GAMES, AND SPORTING GOODS, NAMELY BOARD GAMES, STUFFED TOY ANIMALS, FOOTBALLS, BASKETBALLS, SOCCER BALLS, BASEBALLS, GOLF BALLS, GOLF BAGS, AND GOLF ACCESSORIES, NAMELY GOLF CLUB COVERS, GOLF CLUB HEAD COVERS, DIVOT REPAIR TOOLS, GOLF ACCESSORY POUCHES, GOLF BAG COVERS, GOLF BAG TAGS, GOLF BALL MARKERS, GOLF BALL RETRIEVERS, GOLF BALL SLEEVES, GOLF CLUB GRIPS, GOLF CLUB HEADS, GOLF CLUB INSERTS, GOLF CLUB SHAFTS, GOLF GLOVES, GOLF PUTTER COVERS GOLF PUTTERS, GOLF TEE MARKERS, GOLF TEES, AND GOLF TOWEL CLIPS FOR ATTACHMENT TO GOLF BAGS; AND CHRISTMAS TREE ORNAMENTS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-31-1994; IN COMMERCE 12-31-1994.

FOR: EDUCATION SERVICES, NAMELY PROVIDING INSTRUCTION AT THE COLLEGE LEVEL, AND ENTERTAINMENT SERVICES, NAMELY ORGANIZING AND CONDUCTING COLLEGIATE SPORTING EVENTS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 12-31-1994; IN COMMERCE 12-31-1994.

THE COLORS RED AND BLACK ARE CLAIMED AS A FEATURE OF THE MARK.

THE COLOR RED APPEARS ON THE FOOTBALL HELMET AND THE COLOR BLACK APPEARS IN THE LETTER "G" AND IN THE MIDDLE STRIPE ON THE HELMET.

THE MARK CONSISTS OF UNIVERSITY OF GEORGIA FOOTBALL HELMET DESIGN WITH AN OVAL "G" ON HELMET.

SER. NO. 78-417,522, FILED 5-12-2004.

WON TEAK OH, EXAMINING ATTORNEY

Int. Cls.: 14, 16, 21, 25 and 28

Prior U.S. Cls.: 2, 5, 13, 22, 23, 27, 28, 29, 30, 33, 37, 38, 39, 40 and 50

Reg. No. 3,040,391

**United States Patent and Trademark Office**    Registered Jan. 10, 2006

## TRADEMARK
### PRINCIPAL REGISTER



UNIVERSITY OF GEORGIA ATHLETIC ASSOCIATION, INC. (GEORGIA NON-PROFIT CORPORATION)
BUTTS/MEHRE HERITAGE HALL
1 SELIG CIRCLE
ATHENS, GA 30602

FOR: JEWELRY, WATCHES, PRECIOUS METALS, AND PRECIOUS STONES , IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 9-30-1964; IN COMMERCE 9-30-1964.

FOR: PRINTED BOOKLETS, NEWSLETTERS, CATALOGS, AND BROCHURES FEATURING INFORMATION OF INTEREST TO STUDENTS, FACULTY, AND ALUMNI OF THE UNIVERSITY OF GEORGIA; DECALS; TEMPORARY TATTOOS; NOTE PAPER; NOTEBOOKS; DECORATIVE PAPER FLAGS; PAPER BANNERS; AND PAPER FOLDERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9-30-1964; IN COMMERCE 9-30-1964.

FOR: BEVERAGE GLASSWARE, EARTHENWARE, AND PLASTICWARE, NAMELY DRINKING GLASSES, MUGS, COFFEE CUPS AND SHOT GLASSES AND COASTERS; INSULATED PORTABLE BEVERAGE COOLERS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 9-30-1964; IN COMMERCE 9-30-1964.

FOR: CLOTHING, NAMELY BOXER SHORTS, CAPS, COATS, FOOTWEAR, HATS, JACKETS, JERSEYS, PANTS, RAINWEAR, SHIRTS, SHOES, SOCKS, SHORTS, SWEATPANTS, SWEATSHIRTS, SWEAT SUITS, SWEATERS, T-SHIRTS, TIES, VISORS, AND INFANT WEAR IN THE NATURE OF SHIRTS, PANTS, SHORTS, CLOTH BIBS, SOCKS, AND PAJAMAS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-30-1964; IN COMMERCE 9-30-1964.

FOR: TOYS, GAMES, AND SPORTING GOODS, NAMELY BOARD GAMES, STUFFED TOY ANIMALS, FOOTBALLS, BASKETBALLS, SOCCER BALLS, BASEBALLS, GOLF BALLS, GOLF BAGS, AND GOLF ACCESSORIES, NAMELY GOLF CLUB COVERS, GOLF CLUB HEAD COVERS, DIVOT REPAIR TOOLS, GOLF ACCESSORY POUCHES, GOLF BAG COVERS, GOLF BAG TAGS, GOLF BALL MARKERS, GOLF BALL RETRIEVERS, GOLF BALL SLEEVES, GOLF CLUB GRIPS, GOLF CLUB HEADS, GOLF CLUB INSERTS, GOLF CLUB SHAFTS, GOLF GLOVES, GOLF PUTTER COVERS, GOLF PUTTERS, GOLF TEE MARKERS, GOLF TEES, AND GOLF TOWEL CLIPS FOR ATTACHMENT TO GOLF BAGS; AND CHRISTMAS TREE ORNAMENTS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 9-30-1964; IN COMMERCE 9-30-1964.

OWNER OF U.S. REG. NO. 1,286,482.

THE COLOR RED IS CLAIMED AS A FEATURE OF THE MARK.

THE COLOR RED APPEARS ON THE BORDER CIRCLE SURROUNDING THE LETTER G

THE MARK CONSISTS OF "G" IN OVAL DESIGN.

SER. NO. 78-417,622, FILED 5-12-2004.

WON TEAK OH, EXAMINING ATTORNEY

Int. Cls.: **14, 16, 21, 25 and 28**

Prior U.S. Cls.: **2, 5, 13, 22, 23, 27, 28, 29, 30, 33, 37, 38, 39, 40 and 50**

**United States Patent and Trademark Office**

Reg. No. **3,099,998**
Registered **June 6, 2006**

## TRADEMARK
### PRINCIPAL REGISTER



UNIVERSITY OF GEORGIA ATHLETIC ASSOCIATION, INC. (GEORGIA NON-PROFIT CORPORATION)
BUTTS/MEHRE HERITAGE HALL
1 SELIG CIRCLE
ATHENS, GA 30602

FOR: JEWELRY, WATCHES, CLOCKS, PRECIOUS METALS, AND PRECIOUS STONES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-31-1958; IN COMMERCE 1-31-1958.

FOR: PRINTED BOOKLETS, NEWSLETTERS, CATALOGS, AND BROCHURES FEATURING INFORMATION OF INTEREST TO STUDENTS, FACULTY, AND ALUMNI OF THE UNIVERSITY OF GEORGIA; DECALS; TEMPORARY TATTOOS; NOTE PAPER; NOTEBOOKS; DECORATIVE PAPER FLAGS; PAPER BANNERS; AND PAPER FOLDERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-31-1958; IN COMMERCE 1-31-1958.

FOR: BEVERAGE GLASSWARE, EARTHENWARE, AND PLASTICWARE, NAMELY DRINKING GLASSES, MUGS, COFFEE CUPS AND SHOT GLASSES AND COASTERS; INSULATED PORTABLE BEVERAGE COOLERS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 1-31-1958; IN COMMERCE 1-31-1958.

FOR: CLOTHING, NAMELY BOXER SHORTS, CAPS, COATS, FOOTWEAR, HATS, JACKETS, JERSEYS, PANTS, RAINWEAR, SHIRTS, SHOES, SOCKS, SHORTS, SWEATPANTS, SWEATSHIRTS, SWEAT SUITS, SWEATERS, T-SHIRTS, TIES, VISORS, AND INFANT WEAR IN THE NATURE OF SHIRTS, PANTS, SHORTS, CLOTH BIBS, SOCKS, AND PAJAMAS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-31-1958; IN COMMERCE 1-31-1958.

FOR: TOYS, GAMES, AND SPORTING GOODS, NAMELY BOARD GAMES, STUFFED TOY ANIMALS, FOOTBALLS, BASKETBALLS, SOCCER BALLS, BASEBALLS, GOLF BALLS, GOLF BAGS, AND GOLF ACCESSORIES, NAMELY GOLF CLUB COVERS, GOLF CLUB HEAD COVERS, DIVOT REPAIR TOOLS, GOLF ACCESSORY POUCHES, GOLF BAG COVERS, GOLF BAG TAGS, GOLF BALL MARKERS, GOLF BALL RETRIEVERS, GOLF BALL SLEEVES, GOLF CLUB GRIPS, GOLF CLUB HEADS, GOLF CLUB INSERTS, GOLF CLUB SHAFTS, GOLF GLOVES, GOLF PUTTER COVERS, GOLF PUTTERS, GOLF TEE MARKERS, GOLF TEES, AND GOLF TOWEL CLIPS FOR ATTACHMENT TO GOLF BAGS; AND CHRISTMAS TREE ORNAMENTS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 1-31-1958; IN COMMERCE 1-31-1958.

OWNER OF U.S. REG. NO. 1,284,677.

THE COLOR(S) RED AND BACK ARE CLAIMED AS A FEATURE OF THE MARK.

THE COLORS RED AND BLACK APPEARS ON THE CAP AND THE COLLAR, AND IN THE EYES, OF THE DOG.

SER. NO. 78-417,735, FILED 5-12-2004.

WON TEAK OH, EXAMINING ATTORNEY